**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| PABLO GOMEZ MARTINEZ,<br><br>Petitioner,<br><br>-vs-<br><br>F. FIGUEROA, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. CIV-26-1916-HE |

**ORDER**

On September 28, 2026, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation, recommending the court deny petitioner's habeas petition because he was not deprived of an individualized custody determination. She advised the parties of their right to file an objection to the Report and Recommendation by October 12, 2026, and the consequences for failure to make timely objections.

To date, no objection has been filed. The right to appellate review of both factual and legal questions contained in the Report and Recommendation is waived. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #16] is **ADOPTED**. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 [Doc. #1] is **DENIED**.

**IT IS SO ORDERED**.

Dated this 27th day of October, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE